IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT KING, | § | |
| | § | No. 589, 2016 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | for the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1208013187 (K) |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: June 14, 2017
Decided: June 28, 2017

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices; **CLARK**, **SURLES**, Judges,* constituting the Court *en Banc*.

## <u>ORDER</u>

This 28th day of June 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its November 16, 2016 Order.

NOW, THEREFORE, IT IS ORDERED that the final judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

* Sitting by designation under Del. Const. art. IV, § 12.